IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

**CHANGE OF PLEA**

| | |
|---|---|
| United States of America | Case Number: 3:24-CR-05033-MDH-01 |
| vs | Court Recorder/CRD: Angel L. Geiser |
| Christopher Mark Vaughn | Date: 3/31/2025 |

Honorable Willie J. Epps, Jr. presiding in Springfield, Missouri

Time: 10:04 am – 10:17 am

**APPEARANCES**   Government: Patrick Carney
Defendant: Steven Berry
USPO: Carrie Green

Defendant enters an open plea of guilty to the Single Count Indictment.

- Defendant signed consent to plea before a magistrate judge.
- Defendant sworn.
- Court questions defendant regarding age, education, physical and mental condition.
- Court finds defendant competent to understand the proceedings and to enter a knowing plea.
- Charges and range of punishment read to the defendant.
- Court questions defendant and advises defendant of rights and waiver of rights by pleading guilty.
- No Plea Agreement filed.
- Defendant's plea is free and voluntary; factual basis presented.
- Court orders a Pre-sentence Investigation Report.
- Court will enter a report and recommendation recommending acceptance of the plea by the district judge.
- Defendant remains in custody of the US Marshal.